139 So. 917

**Wm. H. HOLCOMBE, Jr., Sheriff, etc., v. Diana STEVENS.**

**I Div. 61.**

Court of Appeals of Alabama.
Feb. 9, 1932.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.

144 So. 923

**Wm. H. HOLCOMBE, Jr., Sheriff, etc., v. Tom STEVENS.**

**I Div. 60.**

Court of Appeals of Alabama.
Nov. 17, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

145 So. 919

**D. B. HOLLEMAN v. STATE.**

**7 Div. 904.**

Court of Appeals of Alabama.
Jan. 17, 1933.

BRICKEN, P. J.
Appeal dismissed.

150 So. 924

**Nancy HOLT v. STATE.**

**4 Div. 6.**

Court of Appeals of Alabama.
Nov. 14, 1933.

RICE, Judge.
Appeal dismissed.

139 So. 917

**William HOLT, alias, etc., v. STATE.**

**8 Div. 378.**

Court of Appeals of Alabama.
Feb. 2, 1932.

BRICKEN, P. J.
Appeal dismissed.

148 So. 920

**HOME INSURANCE CO. OF N. Y. v. Martha LAWRENCE.**

**6 Div. 455.**

Court of Appeals of Alabama.
June 6, 1933.

C. D. Comstock, of Birmingham, for appellant.

Chester Austin, of Birmingham, for appellee.

SAMFORD, Judge.
Appeal dismissed by appellant.

139 So. 917

**Lawrence HOPKINS v. STATE.**

**8 Div. 443.**

Court of Appeals of Alabama.
Feb. 9, 1932.

BRICKEN, P. J.
Affirmed.